AO 91 (REV. 5/85) Criminal Complaint

# United States District Court

## FOR THE DISTRICT OF MARYLAND

| UNITED STATES OF AMERICA | CRIMINAL COMPLAINT |
|---|---|
| v | |
| MADELEINE A. VONGLOCKNER | CASE NUMBER:1: 08-M-1404- VHL |

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about February 10, 2009, at Aberdeen Proving Ground, Maryland, defendant did, within the special maritime territorial jurisdiction of the United States in the State and District of Maryland, violate Title Maryland Transportation Article Section 21-902 (a) (1) and 21-902 (b) (1) (assimilated), in violation of Title 18, United States Code, Sections 7 & 13, as set forth in Counts One and Two.

I further state that I am an APG Police Officer and that this complaint is based on the following facts: I reviewed the APG police report and the written statements of Officer Brown contained therein.

Continued on the attached sheet and made a part hereof: ☒Yes ☐No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

_____
**4-30-09**
Date

at

**Aberdeen Proving Ground, Maryland**
City and State

**VICTOR H. LAWS, III UNITED STATES MAGISTRATE JUDGE**
Name & Title of Judicial Officer

_____
Signature of Judicial Officer

## AFFIDAVIT IN SUPPORT OF THE CRIMINAL COMPLAINT

On February 10, 2009, at approximately 6:18 p.m., Officers Brown, McDonough and Dunnigan personally known to me to be a police officers at Aberdeen Proving Ground, Maryland (APG), was performing entry control duties at the Maryland Blvd gate APG, an area within the special maritime territorial jurisdiction of the United States. At that time, Officers Brown, McDonough and Dunnigan observed a red Ford bearing Maryland registration plates MCR635 proceeding towards the gate at a high rate of speed, nearly striking the orange reflective barrels that restricted access to the far lane. Officers Brown, McDonough, and Dunnigan also observed the vehicle swerve into the ID check lane and had to be given verbal commands to stop. Officers Brown and McDonough approached the vehicle and identified the driver as Madeleine A. VonGlockner by her Maryland driver's license. Officer Brown opened the driver side door of the vehicle and detected the strong odor of an alcoholic beverage emitting from the vehicle. Officer Brown also observed that there were open alcoholic beverage containers on the passenger side floorboard. Officer Brown asked Ms. VonGlockner to exit the vehicle and had to be provided assistance into the gate shack. Ms. VonGlockner was asked to submit to a series of field sobriety exercises, to which she consented with the following results. Horizontal Gaze Nystagmus: Both eyes displayed distinct nystagmus at maximum deviation and both eyes displayed distinct nystagmus prior to 45 degrees. Walk and Turn: On first nine steps Ms. VonGlockner failed to walk heel to toe on all steps and stepped off the line on all steps. Ms. VonGlockner failed to complete the second nine steps. One Leg Stand: Ms. VonGlockner failed to perform the test. Ms. VonGlockner was apprehended, advised of his legal rights to a preliminary breath test, which she refused. Ms. VonGlockner was then advised of his legal rights to a chemical test of her breath, which she refused. Ms. VonGlockner was transported to the APG Police station where she was processed, cited, and released.

I have knowledge of the above facts and information through a review of the APG police report, the written statement of Officer Brown, Officer McDonough, and Officer Dunnigan contained therein.

I declare under penalty of perjury that the information that I have set forth above and on the face of the complaint is true and correct to the best of my knowledge.

Executed on: _4-30-09_

IAN BOOTH
Inspector, APG Police

Probable Cause has been stated for the filing of the complaint.

Date: _4-30-09_

VICTOR H. LAWS, III
United States Magistrate Judge

2

## COUNT ONE
### (1053424)

## DRIVING WHILE UNDER THE INFLUENCE OF ALCOHOL
## (CLASS A MISDEMEANOR)

On or about February 10, 2009, at Aberdeen Proving Ground, Maryland, an area within the special maritime territorial jurisdiction of the United States, in the State and District Maryland

### MADELEINE A. VONGLOCKNER

did drive and attempt to drive a motor vehicle in the State of Maryland while under the influence of alcohol, 18 U.S.C. Sections 7 & 13, Maryland Transportation Article Section 21-902(a)(1).

## COUNT TWO
### (1053425)

## DRIVING WHILE IMPAIRED BY ALCOHOL
## (CLASS B MISDEMEANOR)

On or about February 10, 2009, at Aberdeen Proving Ground, Maryland, an area within the special maritime territorial jurisdiction of the United States, in the State and District of Maryland

### MADELEINE A. VONGLOCKNER

did fail to drive vehicle on right half of roadway when required in the State of Maryland, 18 U.S. C. Section 7&13, Maryland Transportation Article Section 21-902(b)(1).