Sheet 1 - Judgment in a Criminal Case for Revocations with Probation (Rev. 11/2011)   Judgment Page 1 of 6

std

# United States District Court
## District of Maryland

UNITED STATES OF AMERICA

v.

MADELEINE VONGLOCKNER

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** with Probation)
(For Offenses Committed On or After November 1, 1987)
Case Number:  1-11-MJ-02699-001-PWG
USM Number: N/A
Defendant's Attorney: John Riely
Special Assistant U.S. Attorney: Cpt. Erik Mayo

**DEFENDANT:**

☐ admitted guilt to violation of conditions(s) _____ of the term of supervision.
☒ was found in violation of condition(s) __1 (One)__ after denial of guilt.

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 1 | Defendant failed to notify the Probation officer 10 days prior of any change in residence. | November 9, 2011 |

The defendant is adjudged guilty of the violation(s) listed above and sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984 as modified by U.S. v. Booker, 125 S. Ct. 738 (2005).

☒ Probation is revoked.
☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

December 20, 2012
Date of Imposition of Judgment

_____  1/2/13
C. Bruce Anderson                Date
United States Magistrate Judge

Name of Court Reporter:  FTR

Sheet 2 - Judgment in a Criminal Case for Revocations with Probation (Rev. 11/2011)

DEFENDANT: MADELEINE VONGLOCKNER

Judgment Page 2 of 6

CASE NUMBER: 1-11-MJ-02699-001-PWG

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of __30 (Thirty)__ days.

☐ The court makes the following recommendations to the Bureau of Prisons:

The defendant is remanded to the custody of the United States Marshal.

☒ The defendant shall surrender to the United States Marshal for this district:

☒ at __4:00__ p.m. on __Friday, January 4, 2013__.
☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____.
☐ as notified by the United States Marshal.
☐ as notified by the Probation or Pretrial Services Office.
☐ _____

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By: _____
DEPUTY U.S. MARSHAL