IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

United States of America

v.  1: 09-M 1404 VHL

Madeleine VonGlockner  JKB-13-019
Defendant

**DEFENDANT'S NOTICE OF APPEAL OF THE DECISION OF A MAGISTRATE JUDGE'S DISPOSITIVE DECISION PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 58(2)(B)**

COMES Now, the Defendant, Madeleine VonGlocker, by and through her attorney, John T. Riely and pursuant to Rule 58(2)(B) of the Federal Rules of Criminal Procedure notes her appeal of the decision of the Magistrate Judge of December 20, 2012. A copy of the minute order of the magistrate judge is attached. The defendant seeks de novo review of the decision.

Respectfully submitted,

John T. Riely
4405 East West Highway
#601
Bethesda, Md. 20814
(301)656-3382
jtriely@msn.com
Attorney for Madeleine VonGlockner

1/ Clrk advised to not use ECF

Certification of Service

I hereby certify that a copy of the foregoing Rule 59 notice seeking de novo review of the Magistrate Judge's decision was mailed this 3rd day of January, 2013 to Rod Rosenstein, Esq. 31 S. Charles St., Baltimore, Md. 21201

John J. Riely

2013 JAN -3  PM 9:50